## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Luciano, Honorio S

Printed:  6/24/08

Case Number:  07 B 24518
Judge:  Goldgar, A. Benjamin
Filed:  12/29/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  April 8, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,117.00 |  |
| Secured: |  | 2,424.39 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 138.39 |
| Other Funds: |  | 554.22 |
| Totals: | 3,117.00 | 3,117.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Silverleaf Resorts Inc | Secured | 0.00 | 0.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | GMAC Auto Financing | Secured | 2,754.00 | 2,424.39 |
| 5. | Wilshire Credit Corp | Secured | 29,746.00 | 0.00 |
| 6. | Ocwen Federal Bank FSB | Secured | 3,848.00 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 428.70 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 124.20 | 0.00 |
| 9. | GMAC Auto Financing | Unsecured | 123.25 | 0.00 |
| 10. | Nicor Gas | Unsecured | | No Claim Filed |
| 11. | Falls Collection Service | Unsecured | | No Claim Filed |
| | | | $ 37,024.15 | $ 2,424.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 138.39 |
| | $ 138.39 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Luciano, Honorio S

      Printed:  6/24/08

Case Number:  07 B 24518

Judge:  Goldgar, A. Benjamin

Filed:  12/29/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

